IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>TAYLOR GARDIPEE WALKER,<br><br>Defendant. | CR-20-54-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 22, 2023. (Doc. 35.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 21, 2023. (Doc. 31.) The United States accused Taylor Walker, (Walker) of violating his conditions

of supervised release 1) by consuming alcohol on two separate occasions; and 2) by committing another crime. (Doc. 29.)

At the revocation hearing, Walker admitted that he had violated the terms of his supervised release 1) by consuming alcohol on two separate occasions; and 2) by committing another crime. (Doc. 31.)  The Court finds that the violations prove serious and warrants revocation of Walker's supervised release and recommends a custodial sentence of 3 months, with 21 months supervised release to follow with the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections in Butte, Montana. Judge Johnston also recommended that when Walker completes his term at the residential re-entry center, he should be required to participate in a remote alcohol monitoring program for 90 days.  (Doc. 35.)  Walker was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 31.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 35) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Taylor Gardipee Walker be sentenced to the Bureau of Prisons for a sentence of 3 months, with 21 months of supervised release to follow with the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections in Butte, Montana. When Walker

completes his term at the residential re-entry center, he will be required to participate in a remote alcohol monitoring program for 90 days.

DATED this 9th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court