IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> TAYLOR GARDIPEE WALKER, <br><br> Defendant. | CR-20-54-GF-BMM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 22, 2023. (Doc. 48.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 22, 2023. (Doc. 44.) The United States accused Taylor Walker (Walker) of violating his conditions of supervised release by failing to complete his 180-day term at the Great Falls Pre-Release Center. (Doc. 41.)

At the revocation hearing, admitted Walker admitted that he had violated the terms of his supervised release by failing to complete his 180-day term at the Great Falls Pre-Release Center. (Doc. 44.) Judge Johnston found that the violation Walker admitted proves serious and warrants revocation of his supervised release and recommends a custodial sentence of 4 months of custody, with 17 months of supervised release to follow. (Doc. 48.) Walker was advised of his rights to appeal and allocute to the undersigned. (Doc. 44.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 48) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Taylor Gardipee Walker be sentenced to the Bureau of Prisons for 4 with a 17 months of supervised release to follow.

DATED this 8th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court