THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR GARDIPEE WALKER,<br><br>Defendant. | CR-20-54-GF-BMM<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 4, 2025. (Doc. 62.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 3, 2025. (Doc. 58.) The United States accused Taylor Walker (Walker) of violating the conditions of her supervised release by: (1) committing another federal, state or local crime by being convicted on March 6, 2025 in Blaine County, Montana of the misdemeanor offense of Criminal Trespass, in violation of Mont. Code Ann. § 45-6-203; (2)

consuming alcohol on February 28, 2025; (3) operating a motor vehicle without the prior written permission of his probation officer on March 7, 2025; and (4) failing to report his contact with law enforcement on March 7, 2025 to his probation officer within 72 hours. (Docs. 53 and 56.)

At the revocation hearing, Walker admitted that she had violated the conditions of her supervised release by: (1) committing another federal, state or local crime by being convicted on March 6, 2025 in Blaine County, Montana of the misdemeanor offense of Criminal Trespass, in violation of Mont. Code Ann. § 45-6-203; (2) consuming alcohol on February 28, 2025; (3) operating a motor vehicle without the prior written permission of his probation officer on March 7, 2025; and (4) failing to report his contact with law enforcement on March 7, 2025 to his probation officer within 72 hours. (Doc. 108.)

Judge Johnston found that the violations Walker admitted prove serious and warrants revocation, and recommended that Walker receive a custodial sentence of 3 months with 14 months of supervised release to follow. (Doc.62.) The Court advised Walker of her right to appeal and to allocute before the undersigned. (Doc. 58.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 62) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Defendant Taylor Gardipee Walker be sentenced to a term of custody of 3 months with 14 months supervised release to follow.

DATED this 21st day of April 2025.

_____
Brian Morris, Chief District Judge
United States District Court